IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARK L. NEFF, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| vs. | )   CIVIL NO. 05-879-DRH |
| | ) |
| SARAH REVELL, | ) |
| | ) |
|     Respondent. | ) |

**MEMORANDUM AND ORDER**

**HERNDON, District Judge:**

This action is before the Court to rule on Petitioner's motion to alter or amend judgment, filed pursuant to Rule 59(e) of the Federal Rules of Civil Procedure (Doc. 5). Such a motion may be granted only if movant shows there was mistake of law or fact or presents newly discovered evidence that could not have been discovered previously. *Matter of Prince*, 85 F.3d 314 (7th Cir. 1996), *reh'g and suggestion for reh'g en banc denied, cert. denied* 117 S.Ct. 608; *Deutsch v. Burlington Northern R. Co.*, 983 F.2d 741 (7th Cir. 1993).

Upon review of the record, the Court remains persuaded that it was correct in determining that Petitioner's sentence is not invalidated by the recent Supreme Court case of *Shepard v. United States*, 544 U.S. 13, 125 S.Ct. 1254 (2005), as *Shepard* is not retroactively applicable. Therefore, the instant motion is **DENIED**.

    **IT IS SO ORDERED.**

    DATED: June12, 2006.

                                        /s/ David   RHerndon
                                        **DISTRICT JUDGE**